In the Matter of LEON C. HIGH, Appellant, against BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT NO. 7 OF THE TOWN OF NORTH HEMPSTEAD, Respondent.

Argued October 20, 1939; decided November 14, 1939.

*Osmond K. Fraenkel* and *Lyman Standsky* for appellant.

*Frank A. Fritz* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.